ACCEPTED
14-14-00175-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 2:53:45 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00175-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 2:53:45 PM
CHRISTOPHER A. PRINE
Clerk

In the Court of Appeals for the Fourteenth Judicial District of Texas Houston, Texas

J.M. ARPAD LAMELL,

Appellant

v.

ONEWEST BANK, FSB, A FOREIGN CORPORATION,

Appellee.

ON APPEAL FROM 127TH JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING**

TO THE HONORABLE COURT OF APPEALS:

NOW COMES OneWest Bank N.A., formerly known as OneWest Bank, FSB ("OneWest"), appellee in the above-referenced case, and respectfully requests that the time to file OneWest's motion for rehearing or en banc reconsideration be extended for 30 days until January 4, 2016. This is OneWest's first request for an extension of time to file a motion for rehearing or en banc reconsideration. The circumstances supporting this request are as follows:

**I.**

This Court issued its opinion and judgment in the above-referenced case on November 17, 2015. The current deadline for appellee's motion for re-hearing or for en banc reconsideration is December 2, 2015. *See* TEX. R. APP. P. 49. No other extensions of time to file a motion for rehearing or for en banc reconsideration have been requested by appellee.

Appellant, J.M. Arpad Lamell, filed his Unopposed Motion for Extension of Time to File Motion for Rehearing on November 25, 2015, requesting an extension of time until January 4, 2016. The Court granted appellant's motion on November 25, 2015. The deadline for appellant to file a motion for rehearing or en banc reconsideration is now January 4, 2016.

**II.**

OneWest requires an extension of time to file its motion for rehearing because the appellate counsel responsible for preparing and filing the motion are also engaged in the following matters:

(1)    Preparing and filing a response to Arbitration Panel's Post-Submission Questions and a Proposed Reasoned Award due November 30, 2015, and preparing for closing arguments to the arbitration panel on December 3, 2015 in American Arbitration Association Case No. 01-14-0001-2157, styled *Gemalto, Inc. v. Merchant Customer Exchange LLC*;

2

(2)     Preparing for a jury trial set for December 7, 2015 in Cause No. 2013-CI-11965, styled *Siete Acres, LLC v. Midway Austin Highway Partners, LP, et al.* in the 73rd Judicial District Court of Bexar County, Texas; and

(3)     Preparing and filing Brief of Appellees due December 8, 2015 in Cause No. 15-10772, styled *Handy Teemac v. Frito-Lay, Inc. and Pepsico Inc.* in the United States Court of Appeals for the Fifth Circuit.

Moreover, the Court issued its opinion in this case the week before the Thanksgiving Holiday, and an extension of time is requested due to the upcoming Holiday Season. An extension of time will not prejudice appellant, as appellant has requested and received the same extension of time now requested by appellee to file a motion for rehearing.

**III.**

The undersigned has conferred with appellee Arpad Lamell, appearing pro se in this appeal, concerning the requested extension. Mr. Lamell is not opposed to the requested relief.

WHEREFORE, PREMISES CONSIDERED, OneWest respectfully requests that the Court grant this motion and extend the deadline to file appellee's motion for rehearing or en banc reconsideration for 30 days to January 4, 2016. Appellee also requests such further relief to which it is entitled.

Respectfully submitted,

DYKEMA COX SMITH

By:  /s/ *Melanie L. Fry*
Melanie L. Fry
State Bar No. 24069741
mfry@dykema.com
Ellen B. Mitchell
State Bar No. 14208875
emitchell@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone:  (210) 554-5500
Facsimile:  (210) 226-8395

*Counsel for OneWest Bank N.A.,*
*formerly known as OneWest Bank, FSB*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Arpad Lamell, appearing pro se in this appeal, concerning the requested extension.  Mr. Lamell is not opposed to the requested relief.

/s/ *Melanie L. Fry*
Melanie L. Fry


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Motion for Rehearing has been forwarded via email to the following, on this the 2nd day of December, 2015.

J. M. Arpad Lamell, pro se
5131 Glenmeadow Drive
Houston, Texas 77096
lamell@alum.mit.edu

/s/ *Melanie L. Fry*
Melanie L. Fry

6454080.1